Form 158 − ntcpvsale11dip

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−22180−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa Irene Rodriguez
   928 Wright Avenue
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−7772

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED PRIVATE SALE

    Rosa Irene Rodriguez , debtor(s) in the above captioned case, proposed a private sale of certain property of the estate to the persons and on the terms described below.

    If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below, the Debtor, and the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the person named below on or before February 16, 2022.

    In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on:

DATE: February 23, 2022
TIME: 9:00 AM
COURTROOM: 8

    If no objection is filed with the Clerk and served upon the person named below on or before February 16, 2022, the sale will be consummated on or after the fifth day following the last day to file objections.

THE PROPERTY TO BE SOLD, THE PROPOSED PURCHASER AND THE SALE PRICE:
928 Wright Avenue, Toms River, NJ 08753

Proposed Purchaser: Columbus Investments, LLC

Sale Price: $200,000.00

    Higher or better offers may be submitted to the selling party no later than the date set for objections set forth above.

    Request for additional information about the property to be sold should be directed to the debtor's attorney at:

William H. Oliver, Jr.
Oliver & Legg, LLC
2240 State Highway 33

Suite 112
Neptune, NJ 07753
732−988−1500

Dated: January 27, 2022
JAN: mrg

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 17-22180-MBK

Rosa Irene Rodriguez                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                Page 1 of 3

Date Rcvd: Jan 27, 2022                  Form ID: 158                         Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa Irene Rodriguez, 928 Wright Avenue, Toms River, NJ 08753-5463 |
| r | + | ADK Realty, 1071 Route 37 West, Toms River, NJ 08755-5026 |
| br | + | Keller Williams Realty, 353 North County Line Rd., Jackson, NJ 08527-4426 |
| r | + | Pittenger Realty, 2240 Highway 33, Neptune, NJ 07753-6121 |
| r | + | Pittenger Realty, 2260 State Highway 33, Suite 1, Neptune, NJ 07753-6113 |
| 518332456 | + | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518332457 | + | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ, 08618, CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd. Ewing NJ 08618-1430 |
| 516881395 | | Gastroenterologists of Ocean County, 477 Lakehurst Road, Office Suite, Toms River, NJ 08755-6342 |
| 516881396 | + | Gerald L. Reif, Court Officer, PO Box 350, South Orange, NJ 07079-0350 |
| 516881399 | | Michael Harrison, Esq., 3155 NJ 10, Denville, NJ 07834 |
| 516881400 | + | Millicent Young, c/o Garces, Grabler & Lebrocq, P.C., 20 Green Street, Newark, NJ 07102-3602 |
| 516881401 | + | Millicent Young, 138-14 Bedford Street, East Orange, NJ 07018-1027 |
| 516881402 | + | Powers Kirn, 728 Marine Highway, Suite 200, PO Box 848, Moorestown, NJ 08057-0848 |
| 516881403 | + | Receivables Management, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 516881404 | + | Sewer Reminder Notice, Toms River MUA, 340 West Water Street, Toms River, NJ 08753-6533 |
| 516896844 | + | Toms River MUA, 340 West Water Street, Toms River, NJ 08753-6533 |
| 518846785 | | Wilmington Savings Funds Society, FSB, as trustee of Stanwich Mortgage Loan, Trust H, 1600 S. Douglass Rd. Anaheim, CA 92806 |
| 518846786 | | Wilmington Savings Funds Society, FSB, as trustee of Stanwich Mortgage Loan, Trust H, 1600 S. Douglass Rd. Anaheim, CA 92806, Wilmington Savings Funds Society, FSB as trustee of Stanwich Mortgage Loan |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 20:39:51 | Citi Mortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 27 2022 20:30:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o Carrington Mortgage Services, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 517148434 | + | Email/Text: g20956@att.com | Jan 27 2022 20:31:00 | AT&T Mobility II LLC, c/o AT&T Services, Inc., Karen A. Cavagnaro-Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 517236866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 27 2022 20:29:27 | Capital One Auto Finance, c/o Ascension Capital Group, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 516881390 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

Case 17-22180-MBK    Doc 138    Filed 01/29/22    Entered 01/30/22 00:14:33    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 158 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2022 20:29:28 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516895215 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 27 2022 20:29:35 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 517013581 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 20:39:55 | CitiMortgage, Inc, P.O. Box 688971, Des Moines, IA 50368-8971 |
| 516881392 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 20:39:55 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 517023387 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 20:39:55 | Citimortgage Inc, POB 6030, Sioux Falls, SD 57117-6030 |
| 516881393 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2022 20:31:00 | Credit Collection Service, PO Box 773, Needham Heights, MA 02494-0918 |
| 516881394 | + | Email/Text: EBN_Waco@Receivemorermp.com | Jan 27 2022 20:31:00 | Financial Control Services, 200 N. New Road, PO Box 21626, Waco, TX 76702-1626 |
| 516881397 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2022 20:30:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516881391 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2022 20:29:12 | Chase Auto Finance, National Bankruptcy Dept., 201 N. Central Avenue, MS Az1-1191, Phoenix, AZ 85004 |
| 517025474 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 20:31:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516999239 | | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 20:29:21 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516881406 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 20:30:00 | Verizon, Verizon Wireless Bankruptcy Admin., 500 Technology Drive, Suite 500, Saint Charles, MO 63304-2225 |
| 517000710 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 20:29:21 | Verizon by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 516881407 | + | Email/Text: collect@williamsalexander.com | Jan 27 2022 20:30:00 | Waassociates, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toms River Municipal Utilities Authority |
| 517236867 | *+ | Capital One Auto Finance, c/o Ascension Capital Group, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517236869 | *+ | Capital One Auto Finance, c/o Ascension Capital Group, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517018881 | ##+ | B & R RECOVERY, LLC, ATTN: ANDREW SKLAR, ESQUIRE, SKLAR LAW, LLC, 1200 LAUREL OAK RD, SUITE 102, VOORHEES, NJ 08043-4317 |
| 516881398 | ## | Jefferson Physician Business Services, PO Box 40089, Philadelphia, PA 19106-0089 |
| 516881405 | ## | Sure Recovery Service, PO Box 818, Jackson, NJ 08527-0818 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: 158 | Total Noticed: 38 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor CitiMortgage Inc. craig.keiser@law.njoag.gov |
| Nicholas V. Rogers | on behalf of Creditor CitiMortgage Inc. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Rosa Irene Rodriguez courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William M. E. Powers, III | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust H ecf@powerskirn.com |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |

TOTAL: 10